# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JEROME THOMAS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-159-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| AVERY-MITCHELL CORRECTIONAL INSTITUTION, et al., | ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2018 Order.

September 7, 2018

_____
Frank G. Johns, Clerk
United States District Court